IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | |
|---|---|
| IN THE MATTER OF: | ) JUDGE:  Jacqueline P. Cox |
| | ) |
| Alfelia Scott | ) |
| | ) CASE NO. 21-06191 |
| DEBTOR | ) CHAPTER 13 |

## MOTION TO MODIFY PLAN

1. Debtor filed his Chapter 13 Bankruptcy on May 11, 2021.

2. The bankruptcy was confirmed on October 4, 2021.

3. A deficit exists of $1,335, Exhibit A.

4. The default should be deferred to the end of the plan.

5. The plan base amount shall remain the same.

6. The plan is 60 months long with 36 months remaining.

7. The monthly payment shall be increased by $37.50 per month to pay the default in its entirety by the end of the plan.  The new payment should be: $304.50 per month.

Debtor Now Prays that this court will enter an order amending the plan by increasing the plan payment by $37.50 per month to $304.50 per month and deferring the default to the end of the plan.

/s/ David C. Nelson
By Debtor Attorney

David C. Nelson
53 W. Jackson Blvd. #430
Chicago, Illinois 60604
T:  312-212-1977