UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 21-06191 |
| Alfelia Shere Scott | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER TO MODIFY PLAN

Upon proper notice and a hearing the court now orders:

1. That the confirmed plan is modified to provide that the default accruing through May 2023 is deferred.

2. That the remaining payments under the plan shall be $304.50 per month commencing June 2023 for 36 months.

3. That the plan base shall remain the same.

4. That trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter:  *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: June 26, 2023

**Prepared by:**

David C. Nelson, Esq.; NLO Nelson Law Office; 53 West Jackson Boulevard; Suite 430; Chicago, Illinois 60604.
Telephone: 312-212-1977; Email: dcnelson@nelsonlawoffice.com